**DICKINSON WRIGHT PLLC**
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
Email: gblumberg@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (844) 670-6009
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PHIL RAMOS, an individual<br><br>Plaintiff,<br><br>v.<br><br>THUNDERBIRD COLLECTION SPECIALISTS, INC., an Arizona Corporation,<br><br>Defendants. | Case No.: 2:18-cv-01456-APG-PAL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE RESPONSE TO COMPLAINT**<br><br>**[First Request]** |

IT IS STIPULATED by and between the parties, through their respective counsel, that Defendant Thunderbird Collection Specialists, Inc. shall have until September 28, 2018, to respond to Plaintiff Phil Ramos's Complaint [ECF No. 1], filed August 7, 2018.

This stipulation is made for the purpose of facilitating settlement discussions and to permit the parties time to investigate the facts of Plaintiff's claim, Defendant's defenses, and to continue to engage in discussions concerning resolution of this matter. The stipulation is not made for the purpose of delay.

...

...

...

...

1

This is the first stipulated request to extend the deadline for Defendant to respond to the Complaint.

DATED this 4th day of September 2018.

ERIK W. FOX

/s/ *Erik W. Fox with permission*
Erik W. Fox
Nevada Bar No. 8409
COGBURN LAW OFFICES
2580 St. Rose Parkway, Ste. 330
Henderson, Nevada 89074
*Attorneys for Plaintiff*

DICKINSON WRIGHT PLLC

Gabriel A. Blumberg
Nevada Bar No. 12332
8363 West Sunset Rd., Ste. 200
Las Vegas, NV 89119
*Attorneys for Defendant*

## ORDER

IT IS SO ORDERED.

United States Magistrate Judge

Dated: September 7, 2018