**DICKINSON WRIGHT PLLC**
**GABRIEL A. BLUMBERG**
Email: gblumberg@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (844) 670-6009

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHIL RAMOS, an individual<br><br>                    Plaintiff,<br><br>v.<br><br>THUNDERBIRD COLLECTION SPECIALISTS, INC., an Arizona Corporation,<br><br>               Defendants. | Case No.: 2:18-cv-01456-APG-PAL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE RESPONSE TO COMPLAINT [ECF 1]**<br><br>**[Second Request]** |

IT IS STIPULATED by and between the parties, through their respective counsel, that defendant Thunderbird Collection Specialists, Inc. shall have until October 12, 2018 to respond to plaintiff's complaint [ECF No. 1], filed August 7, 2018.

This stipulation is made for the purpose of facilitating investigation and to permit the parties time to engage in continuing discussions concerning resolution of this matter. The stipulation is not made for the purpose of delay.

This is the second stipulated request to extend the deadline for defendant TCS, Inc. to respond to the complaint.

This is the second stipulated request to extend the deadline for defendant TCS, Inc. to respond to the complaint.

DATED this 28th of September 2018.

ERIK W. FOX

/s/ Erik W. Fox
Erik W. Fox No.8409
COGBURN LAW OFFICES
2580 St. Rose Parkway, Ste. 330
Henderson, Nevada 89074
*Attorneys for Plaintiff*

DATED this 28th day of September 2018.

DICKINSON WRIGHT PLLC

Gabriel A. Blumberg No. 12332
8363 West Sunset Rd., Ste. 200
Las Vegas, NV 89119
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

United States Magistrate Judge

Dated: October 3, 2018