COGBURN LAW OFFICES
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburnlaw.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
efox@cogburnlaw.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Phil Ramos*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHIL RAMOS, an individual,<br><br>                             Plaintiff,<br>         vs.<br><br>THUNDERBIRD COLLECTION<br>SPECIALISTS, INC., an Arizona<br>Corporation,<br>                             Defendants. | Case Number<br>2:18-cv-01456-APG-PAL |

## NOTICE OF SETTLEMENT BETWEEN PLAINITIFF AND DEFENDANT, THUNDERBIRD SPECIALISTS, INC.

Notice is hereby given that Plaintiff, Phil Ramos and Defendant, Thunderbird Collection Specialists, Inc. (the "Parties") have reached an agreement to settle the claims alleged in the Complaint as to Thunderbird Collection Specialists, Inc.

…

…

…

…

…

The Parties anticipate completing settlement documents and filing a Stipulation of Dismissal with the Court within the next sixty (60) days.

Dated this 18th day of October, 2018.

Respectfully Submitted.

COGBURN LAW OFFICES

By: ___/s/ Erik W. Fox_____
    Jamie S. Cogburn, Esq.
    Nevada Bar No. 8409
    Erik W. Fox, Esq.
    Nevada Bar No. 8804
    2580 St. Rose Parkway, Suite 330
    Henderson, Nevada 89074
    *Attorneys for Phil Ramos*

**IT IS ORDERED** that the settling parties shall have until **December 17, 2018**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: October 19, 2018

Peggy A. Leen
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF SETTLEMENT BETWEEN PLAINITIFF AND DEFENDANT, THUNDERBIRD COLLECTION SPECIALISTS, INC.** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 18th day of October, 2018.

☒      I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

**DICKINSON WRIGHT PLLC**
*Attorneys for Thunderbird Collection Specialists, Inc.*

Gabriel A. Blumberg, Esq.
8363 West Sunset Rd., Suite 200
Las Vegas, Nevada 89119
Phone: (702) 550-4400
Fax: (844) 670-6009
Email: gblumberg@dicksinson-wright.com


_/s/ Amy Quach_____
An employee of Cogburn Law Offices