**COGBURN LAW OFFICES**
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburnlaw.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
efox@cogburnlaw.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PHIL RAMOS, an individual,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>THUNDERBIRD COLLECTION SPECIALISTS, INC., an Arizona Corporation,<br><br>　　　　　　　　Defendants. | Case Number<br>2:18-cv-01456-APG-PAL |

## STIPULATION AND ORDER TO DISMISS DEFENDANT THUNDERBIRD COLLECTION SPECIALISTS, INC. WITH PREJUDICE

Plaintiff Phil Ramos, by and through his attorneys of record, Jamie S. Cogburn, Esq. and Erik W. Fox, Esq. of Cogburn Law Offices, and Defendant Thunderbird Collection Specialist, Inc., by and through its attorneys of record, the law firm of Dickinson Wright PLLC, hereby stipulate that all claims for relief in the above-captioned action be dismissed with prejudice.

...

...

...

...

...

Plaintiff and Thunderbird Collection Specialists, Inc. shall bear their own attorney fees and costs with respect to the claims dismissed hereby.

Dated this 11th day of January, 2019.                Dated this 11th day of January, 2019.

**COGBURN LAW OFFICES**                              **DICKINSON WRIGHT PLLC**

By: /s/ Jamie S. Cogburn                             By: /s/ Gabriel A. Blumberg
Jamie S. Cogburn, Esq.                               Gabriel A. Blumberg, Esq.
Nevada Bar No. 8409                                  Nevada Bar No. 12332
Erik W. Fox, Esq.                                    8363 West Sunset Rd., Suite 200
Nevada Bar No. 8804                                  Las Vegas, Nevada 89119
2580 St. Rose Parkway, Suite 330                     *Attorneys for Defendant,*
Henderson, Nevada 89074                              *Thunderbird Collection Specialists, Inc.*
*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

_____
DATE

Respectfully submitted by:

Dated this 11th day of January, 2019.

**COGBURN LAW OFFICES**

By: /s/ Jamie S. Cogburn
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Erik W. Fox, Esq.
Nevada Bar No. 8804
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
*Attorneys for Plaintiff*

COGBURN LAW OFFICES
2580 St. Rose Parkway, Suite 330, Henderson, Nevada 89074
Telephone: (702) 748-7777 | Facsimile: (702) 966-3880